# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENRIQUE NAVA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>I. MARTINEZ,<br><br>　　　　Defendant. | Case No. CV 20-00226-MWF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that (1) the Eighth Amendment sexual harassment claim is dismissed with prejudice and (2) the remaining First Amendment retaliation claim in the Complaint be served on I. Martinez in her individual capacity.

Date:  June 22, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge