# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-00226-MWF (DFM) | Date: | November 25, 2020 |
|---|---|---|---|
| Title | Enrique Nava v. I. Martinez | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On September 22, 2020, the Court ordered Plaintiff to file within 30 days a completed Notice of Submission indicating that he had submitted a completed summons, USM-285 form, and copies of the Complaint to the U.S. Marshal's Service. See Dkt. 14. Plaintiff's deadline has expired. Plaintiff has neither filed a completed Notice of Submission nor sought an extension of time in which to do so. This represents a failure to prosecute.

Accordingly, within twenty-eight (28) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his completed Notice of Submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) file his completed Notice of Submission. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure as evidence of lack of prosecution as well as a further violation of a Court order justifying dismissal.**