# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 20-00226-MWF (DFM) | Date: January 8, 2021 |
| Title Enrique Nava v. I. Martinez | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Current Address

On September 22, 2020, the Court ordered Plaintiff to file within 30 days a completed Notice of Submission indicating that he had submitted a completed summons, USM-285 form, and copies of the Complaint to the U.S. Marshal's Service. See Dkt. 14. After Plaintiff failed to do so by the deadline, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. See Dkt. 17. That order was returned as undeliverable. See Dkt. 18.

Local Rule 41-6 requires a party proceeding pro se to "keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. The Rule allows for dismissal for failure to comply: "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

Accordingly, Plaintiff is ordered to provide a current address to the Court within fourteen (14) days of this order. Failure to do so will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute. Once Plaintiff has done so, he will have an additional fourteen (14) days to file his completed Notice of Submission.