JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENRIQUE NAVA, | No. CV 20-00226-MWF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| I. MARTINEZ, | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute.

Date:  February 17, 2021

MICHAEL W. FITZGERALD
United States District Judge